

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 19, 2007

**By Fax (212-805-6304)**
Honorable Paul A. Crotty
United States District Judge
United States Courthouse
40 Centre Street, Room 2102
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 0 2007
```

    Re:  **United States v. Felipe Lopez,**
          07 Cr. 558 (PAC)

Dear Judge Crotty:

       The Grand Jury returned an Indictment today in the above-referenced matter, and the case was wheeled out to your Honor. I attach a copy of the Indictment for the Court's reference. The Court has scheduled an arraignment and first pre-trial conference for Tuesday, June 26, 2007, at 2:30 p.m.

Hon. Paul A. Crotty
June 19, 2007
Page 2

      In addition, I write with the consent of the defense to request that the time through June 26, 2007 be excluded under the Speedy Trial Act. The Government has begun to collect discovery in order to expedite the proceedings.

      Respectfully submitted,

      MICHAEL J. GARCIA
      United States Attorney

By: _____
      Marshall A. Camp
      Assistant United States Attorney
      Tel.: (212) 637-1035

Attachment

cc: David Goldstein, Esq. (by fax: 718-665-9147)

SO ORDERED.

_June 19, 2007_
DATE

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE