

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 23, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 4 2007
```

**By Fax (212-905-6304)**
Honorable Paul A. Crotty
United States District Judge
United States Courthouse

Re: **United States v. Felipe Lopez**,
    07 Cr. 558 (PAC)

Dear Judge Crotty:

    After consulting with your Honor's courtroom deputy clerk, I write with the consent of the defense to request that the next pretrial conference in this matter be adjourned to August 22, 2007, at 4:00 p.m., and that the time until that date be excluded under the Speedy Trial Act. The parties seek this adjournment to facilitate ongoing negotiations regarding a potential disposition.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                  United States Attorney

                By: _____
                      Marshall A. Camp
                      Assistant United States Attorney
                      Tel. No.: (212) 637-1035

cc: David Goldstein, Esq. (by fax: 718-665-9147)

_____
DATE

SO ORDERED:
_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE