

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2007

**By Fax (212-805-6304)**
Honorable Paul A. Crotty
United States District Judge
United States Courthouse

    Re:   **United States v. Felipe Lopez**,
          07 Cr. 558 (PAC)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 1 2007
```

Dear Judge Crotty:

    This matter is presently set for a pretrial conference tomorrow, August 22, 2007. After consulting with your Honor's courtroom deputy clerk, I write with the consent of the defense to request that the conference be adjourned to September 26, 2007, at 2:00 p.m., and that the time until that date be excluded under the Speedy Trial Act. The parties are presently at an advanced stage of plea negotiations and are optimistic that a disposition will be reached within the next 30 days.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

        By:     _____
                Marshall A. Camp
                Assistant United States Attorney
                Tel. No.: (212) 637-1035

cc:   David Goldstein, Esq. (by fax: 718-665-9147)

SO ORDERED.

*August 21, 2007*
DATE

                              HONORABLE PAUL A. CROTTY
                              UNITED STATES DISTRICT JUDGE



MEMO ENDORSED