**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**7 DEY STREET SUITE 804**
**NEW YORK, NEW YORK 10007**
TEL: 212-941-9940
FAX: 212-941-9947

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 01 2008
```

April 1, 2008

Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, New York 10007

> Re: United States v. Felipe Lopez,
> 07 Cr. 558 (PAC)

Dear Judge Crotty:

I write to request an adjournment of the sentence of my client, Felipe Lopez, presently scheduled for April 3, 2008, at 2:30 p.m. This is my first request for an adjournment of the sentence. I discussed this request with Assistant U.S. Attorney Marshall A. Camp and he consents to this request.

I request any of the following dates for sentence, May 1, 20, 21, or any date thereafter convenient to the court.

Thank you for your consideration of this request.

Respectfully yours,

Thomas F. X. Dunn

cc: Marshall A. Camp, Esq.
    Assistant U.S. Attorney

**MEMO ENDORSED**

Application GRANTED. The sentencing is adjourned to 5/1/08 at 2:00 pm in Courtroom 20-C

SO ORDERED: APR 01 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE